IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRACE CALDWELL and LATONYA CALDWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 710 |
| | ) | |
| v. | ) | |
| | ) | Judge Kocoras |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kocoras, or before such other Judge sitting in his place or stead, on the 3rd day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 31st day of March, 2008.

          MARA S. GEORGES
          CORPORATION COUNSEL
          CITY OF CHICAGO

BY:   /s/ Ashley C. Kosztya
       ASHLEY C. KOSZTYA
       Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon represented parties via the CM/ECF electronic filing system this 31st day of March, 2008.

          /s/ Ashley C. Kosztya
          ASHLEY C. KOSZTYA