**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Grace Caldwell, et al.
                    Plaintiff,

v.                                                  Case No.: 1:08–cv–00710
                                                    Honorable Charles P. Kocoras

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

    MINUTE entry before Judge Honorable Charles P. Kocoras:Defendant City of Chicago's agreed motion [10] to extend time to 4/29/2008 to answer or otherwise plead is granted. Hearing on said motion, set for 4/3/2008, is stricken. Status hearing set for 4/29/2008 at 9:30 a.m. to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.