# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Grace Caldwell and Latonya Caldwell                    Case Number:    08-cv-00710

        Plaintiffs

v.

City of Chicago, Chicago Police Officer Gallegos, Star No. 15130, and an unknown number of unnamed

        Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Defendant City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Kathleen V. Crowe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Kathleen V. Crowe | |
| FIRM <br> Office of the Corporation Counsel, City of Chicago | |
| STREET ADDRESS <br> 30 North LaSalle, Suite 1020 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6255795 | TELEPHONE NUMBER <br> 312-744-5453 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |