IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRACE CALDWELL and <br> LA TONY A CALDWELL <br>     Plaintiffs, <br><br> vs. <br><br> City of Chicago, Chicago Police Officer Gallegos, ) Star No. 15130, and an unknown number of unnamed <br>     Defendants. | ) <br> ) <br> )  Case No. 08 C 710 <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Judge Kocoras <br> ) <br> )  Magistrate Judge Ashman <br> ) |

### NOTICE OF FILING and CERTIFICATE OF SERVICE

TO:    Garrett W. Browne
          Ed Fox & Associates
          300 W. Adams Street, Suite 330
          Chicago, Illinois  60606

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICER'S ANSWER, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES, AND JURY DEMAND TO PLAINTIFFS' COMPLAINT**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

     I hereby certify that on Friday, May 30, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

     **DATED** at Chicago, Illinois this 30th day of May, 2008.

                                                                                Respectfully Submitted,

| | |
|---|---|
| 30 North La Salle St. #1400 <br> Chicago, Illinois 60602 <br> (312) 742-7391 <br> Attorney Number 6272245 | BY:   /s/ *Thomas Freitag* <br>         THOMAS H. FREITAG <br>         Assistant Corporation Counsel |