IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GRACE CALDWELL and LATONYA CALDWELL** ) | Case No. |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | COMPLAINT FOR VIOLATION |
| vs. ) | OF CIVIL RIGHTS |
| ) | |
| **City of Chicago**, Chicago Police Officer Gallegos, ) | |
| Star No. 15130, and an unknown number of unnamed ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:** Thomas Freitag, Asst. Corp. Counsel, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602
Ashley Kosztya, Asst. Corp Counsel, Suite 1020, 30 N. LaSalle St., Chicago, IL. 60602

**PLEASE TAKE NOTICE** that on August 4, 2008, the undersigned electronically filed with the Clerk of this Court, the PLAINTIFF'S FIRST AMENDED COMPLAINT service of which is being made upon you.

S/Garrett Browne
Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

/s/Garrett Browne
Garrett Browne
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
gbrowne@efox-law.com