**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GRACE CALDWELL and LATONYA CALDWELL** ) | Case No. 08 C 710 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| **City of Chicago**, et al. ) | |

**STIPULATION OF DISMISSAL**

Now come Plaintiffs, by and through their attorney Garrett Browne, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), voluntarily dismisses *with prejudice* the following claims:
1. All claims against defendant Lipke;
2. All claims against defendant Denton;
3. All claims against defendant Edwards;
4. Any claim of Assault (Count IV) against all defendants.

Each party is responsible for their own fees and costs related to these dismissed claims.

Respectfully submitted,

 s/Garrett Browne
Garrett Browne, Attorney for Plaintiff
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efox-law.com


s/Gail Reich
Gail Reich
Attorney for Defendants
Assistant Corporation Counsel
Suite 900
30 N. LaSalle St.
Chicago, Illinois 60602
(312) 744-1975